## BASS v. STATE.
### No. 24880.

Court of Criminal Appeals of Texas.
May 17, 1950.

None on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Appellant was charged by complaint and information in the County Court of Collin County with the unlawful possession for the purpose of sale of intoxicating liquor, it being alleged that Collin County was dry area. On a trial before a jury the appellant entered a plea of not guilty, but the jury found him guilty and assessed his punishment at a fine of $250 and imprisonment in the county jail for ten days. It is from such judgment this appeal is perfected.

There is neither a bill of exception nor a statement of facts found in the record. All proceedings appear to be regular and nothing is presented for review.

The judgment is, therefore, in all things affirmed.

## BASS v. STATE.
### No. 24881.

Court of Criminal Appeals of Texas.
May 17, 1950.

None on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Appellant was charged by complaint and information with the offense of possessing intoxicating liquor for the purpose of sale in Collin County, which was alleged to be dry area. He was found guilty by the jury and his punishment assessed at a fine of $100. From such judgment this appeal has been perfected.

The record is before this court without any bill of exception or statement of facts. All of the proceedings in the case appear to be regular and there is no question presented for review.

The judgment is affirmed.